IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| JONI BOGGS AND LINDA BOGGS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>AMERICAN OPTICAL COMPANY, et al., )<br>Defendants. ) | Civil Action No.: 4:14-CV-1434 CEJ |

## JOINT MOTION TO DISMISS

COME NOW Plaintiffs, Joni Boggs and Linda Boggs, by and through their counsel of record, and Defendant General Electric Company, by and through its attorneys Armstrong Teasdale LLP, and hereby move this Court to Dismiss General Electric from this cause of action.

Plaintiffs do not have any evidence that Decedent Alfred Boggs was exposed to any products manufactured, sold, designed or distributed by Defendant General Electric. As such, Plaintiffs and Defendant hereby jointly move this Court for Dismissal of defendant General Electric Company without prejudice in the above stated cause of action under Federal Rule of Civil Procedure 41(a)(2).

WHEREFORE, the Parties to this motion request this Court to enter an Order dismissing, without prejudice, any and all claims by Plaintiffs and co-defendants against Defendant General Electric, in this cause of action, and all claims filed by Defendant General Electric against all co-defendants.

| | |
|---|---|
| NAPOLI SHKOLNIK, PLLC | ARMSTRONG TEASDALE LLP |
| | |
| By: */s/ Eric Jackstadt* (with consent) | By:   */s/ Julie Fix Meyer*  |
| | Raymond R. Fournie            #27726MO |
| Eric Jackstadt  #34955 | Anita M. Kidd                      #46690MO |
| Mark Twain Plaza II | Melanie R. King                  #34465MO |
| 103 West Vandalia Street | Julie Fix Meyer                   #34361MO |
| Edwardsville, IL 33661 | 7700 Forsyth Blvd., Suite 1800 |
| PH:  618-307-4528 | St. Louis, Missouri 63105-1847 |
| | (314) 621-5070 |
| ATTORNEYS FOR PLAINTIFFS | (314) 621-5065 (facsimile) |
| | rfournie@armstrongteasdale.com |
| | |
| | ATTORNEYS FOR DEFENDANT |
| | GENERAL ELECTRIC COMPANY |

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 8th of July, 2016, this document was electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

*/s/ Julie Fix Meyer*