UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JONI L. BOGGS and LINDA S. BOGGS, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>AMERICAN OPTICAL COMPANY, et al., )<br>)<br>Defendants. ) | Case No. 4:14-CV-1434-CEJ |

**ORDER**

The Court having been advised by plaintiffs that this matter is resolved,

**IT IS HEREBY ORDERED** that plaintiffs shall have until **July 28, 2016**, to file a stipulation for dismissal.

**IT IS FURTHER ORDERED** that, if the stipulation for dismissal is not timely filed, the Court, without further notice to the parties, will enter an order dismissing this action with prejudice.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 13th day of July, 2016.