UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JONI L. BOGGS and LINDA S. BOGGS, | ) |
| Plaintiffs, | ) |
| vs. | ) Case No. 4:14-CV-1434-CEJ |
| AMERICAN OPTICAL COMPANY, et al., | ) |
| Defendants. | ) |

### ORDER OF DISMISSAL

After being advised by the plaintiffs that the parties had reached a settlement, the Court ordered plaintiffs to file a stipulation for dismissal by July 28, 2016.  Plaintiffs were warned that the case would be dismissed with prejudice if the stipulation was not timely filed.  Plaintiffs did not file the stipulation and did not request additional time in which to do so.

Accordingly,

**IT IS HEREBY ORDERED** that this action is **dismissed with prejudice**.

The parties shall bear their own costs.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of August, 2016.